FILED BY ⏵⏵ D.C.

05 SEP -2 PM 5: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff

VS.

                                    CR. NO. 04-20471-D

NAKECIA PORTER

    Defendant.

---

### ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND <u>SETTING</u>

---

This cause came on for a change of plea hearing date on September 2, 2005. At that time, counsel for the defendant requested a continuance of the September 6, 2005 trial date to allow counsel additional time to review the proposed plea agreement.

The Court granted the request and reset the trial date to October 3, 2005 with a **change of plea hearing/ report date of Thursday, September 22, 2005, at 10:45 a.m.**, in <u>Courtroom 3, 9th Floor</u> of the Federal Building, Memphis, TN.

The period from September 16, 2005 through October 14, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this **2nd** day of September, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-8-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 95 in case 2:04-CR-20471 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Robert Irby
4345 E. Mallory
Memphis, TN 38111

Honorable Bernice Donald
US DISTRICT COURT