FILED BY ey D.C.
05 NOV 14 PM 4:10
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 04-20471 D P

vs.

NAKECIA PORTER,

Defendant.

**ORDER OF REFERENCE**

Before the court are the following motions filed by Defendant in this case: 1) Motion to Discover Criminal Records of Government Witnesses and Authorities; 2) Motion to Obtain Personnel Files of Government Witnesses and Authorities; and 3) Motion to Obtain Evidence of Lack of Impartiality of Government Witnesses and Authorities.

These matters are hereby referred to the United States Magistrate Judge for a Report and Recommendation. Any exceptions to the Magistrate Judge's order shall be made by motion within ten (10) days of the order. Further, all exceptions shall be stated with particularity.

**IT IS SO ORDERED** this 14 day of November 2005.

Bernice Bouie Donald
**BERNICE B. DONALD**
**UNITED STATES DISTRICT JUDGE**

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-15-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 110 in case 2:04-CR-20471 was distributed by fax, mail, or direct printing on November 15, 2005 to the parties listed.

---

Robert Irby
4345 E. Mallory
Memphis, TN 38111

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT