FILED BY _____ /s/ _____ D.C.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

05 DEC -5  AM 7: 14

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                                    Case No. 04-20471 D P

NAKECIA PORTER,

    Defendant.

## AMENDED ORDER OF REFERENCE

The Court hereby amends its Order of Reference dated November 14, 2005 referring 1) Motion to Discover Criminal Records of Government Witnesses and Authorities; 2) Motion to Obtain Personnel Files of Government Witnesses and Authorities; and 3) Motion to Obtain Evidence of Lack of Impartiality of Government Witnesses and Authorities to the Magistrate Judge for a **Determination.**

Any exceptions to the Magistrate Judge's order shall be made by motion within ten (10) days of the order. Further, all exceptions shall be stated with particularity.

**IT IS SO ORDERED** this 2nd day of December 2005.

_/s/ Bernice B. Donald_
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or ... on 12/5/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 115 in case 2:04-CR-20471 was distributed by fax, mail, or direct printing on December 5, 2005 to the parties listed.

---

Benard Weinman
LAW OFFICE OF BENARD WEINMAN
275 Jefferson Ave
Memphis, TN 38103

Robert Irby
4345 E. Mallory
Memphis, TN 38111

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

Honorable Bernice Donald
US DISTRICT COURT